**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| William D. Howell; et al., | ) | No. CV-06-00560-PHX-LOA |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| GMAC Corporation, etc; et al., | ) ) ) | |
| Defendants. | ) ) ) | |

      On March 8, 2006, this Court entered an order that Plaintiffs shall either consent to magistrate judge jurisdiction or elect to proceed before a district judge on or before March 24, 2006. Plaintiffs have failed to timely comply with the Court's order.

      The Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. §471 et seq., mandates the early and on-going judicial management of the pretrial process. Under the CJRA mandate, "[f]ederal trial courts are now required, by statute, to implement techniques and strategies designed to dispose of cases in an efficient and inexpensive manner." See, Schwarzkopf Technologies Corp. v. Ingersoll Cutting Tool Co., 142 F.R.D. 420, 423 (D.Del.1992). Additionally, federal judges "are subject to the injunction of Rule 1 [Federal Rules of Civil Procedure] that [they] 'be construed to secure the just, speedy and inexpensive determination of every action.'" Herbert v. Lando, 441 U.S. 153, 177, 99 S.Ct. 1635, 1649, 60 L.Ed.2d 115 (1979). Plaintiffs' failure to comply with the Court's prior order is frustrating the early management of this case.

1  Pursuant to Rule 41(b), FED.R.CIV.P., and <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992)(trial courts have the inherent power to control their dockets and in the exercise of that power they may impose sanctions including, where appropriate, dismissal of a case),

**IT IS ORDERED** that Plaintiffs, and each of them, show cause in writing on or before **April 17, 2006 at 1:30 p.m.** why sanctions including the possible dismissal without prejudice of this lawsuit should not be imposed for failing to comply with the Court's prior order. If Plaintiffs comply with the Court's March 8, 2006 order **before April 17, 2006** by either consenting to magistrate judge jurisdiction or electing to have the case assigned to a district judge, no sanctions will be imposed.

DATED this 29th day of March, 2006.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge