1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William D. Howell; Wendella Howell-Bell; and Xenia Howell-Agee,<br><br>    Plaintiffs,<br><br>vs.<br><br>General Motors Acceptance Corporation, a Delaware Corp, et. al.,<br><br>    Defendant. | No. CV 06-560-PHX-JAT<br><br>**ORDER** |

On February 22, 2006, the Plaintiffs filed a Complaint naming General Motors Acceptance Corporation ("GMAC"), a Delaware corporation, as the Defendant. On April 19, 2006, the Plaintiffs filed a Motion for Leave to Amend the Complaint (doc. 15). The Plaintiffs' motion alleges that, upon further investigation, Defendant GMAC is not a proper party to this action. The Plaintiffs now seek to name General Motors, a Michigan corporation, as the sole Defendant. The Amended Complaint was not lodged.

On April 27, 2006, Defendant GMAC filed a Response to the Plaintiffs' Motion for Leave to Amend. The Defendant agrees that it was erroneously named in the Plaintiff's Complaint. GMAC points out that it does not have authority to accept service on behalf of General Motors. The Defendant points out that GMAC's attorneys are not the attorneys for General Motors. The Defendant also states that GMAC does not concede or suggest that the Plaintiffs' Amended Complaint "relates back" or satisfies the requirements of Federal Rule of Civil Procedure 15(c)(3).

The Court grants the Plaintiffs' Motion to Amend, without prejudice to General

1  Motors to raise any applicable defenses.  GMAC's actions in this matter shall not be
2  construed as the actions of General Motors, nor shall service upon GMAC be construed as
3  service upon General Motors.  The Plaintiffs shall **file** the Amended Complaint naming
4  General Motors as Defendant.  **The Plaintiffs shall serve General Motors as required by**
5  **the Federal Rules of Civil Procedure.**
6      Accordingly,
7      IT IS ORDERED GRANTING the Plaintiffs' Motion to Amend/Correct the
8  Complaint. (doc. 15).
9      IT IS FURTHER ORDERED Defendant General Motors Acceptance Corporation is
10 dismissed from this action.
11     IT IS FURTHER ORDERED the Plaintiffs shall file their Amended Complaint within
12 30 days of the date of this Order.  The Plaintiffs are advised that failure to comply with the
13 Court's Order will result in dismissal of this action.
14     IT IS FURTHER ORDERED the scheduling conference set for June 12, 2006 is
15 hereby VACATED.
16     DATED this 11th day of May, 2006.

James A. Teilborg
United States District Judge